# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**JESUS PACHECO,**<br>**SALVADOR JIMENEZ** | 1:19-mc-00034-SAB; 1:19-mc-00035-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE MISCELLANEOUS CASES |

On May 13, 2019, the Court received notices from the above-named Plaintiffs requesting relief from the electronic case filing system at Avenal State Prison.

On May 16, 2019, the Court directed Supervising Deputy Attorney General, Christopher Becker, to file a response to Plaintiffs' requests or to electronically file the complaints.

On May 22, 2019, Deputy Attorney General Joanna Hood submitted the declaration of Litigation Coordinator, N. Brown, who indicated that both Plaintiffs had been moved to Modified Community Correctional Facility in Shafter, California, which does not have access to an electronic case filing system.

On May 31, 2019, the Court directed that the complaints be electronically filed and a copy be served on Plaintiffs at their new address of record.

///
///
///

1

On June 6, 2019, Deputy Attorney General, Joanna Hood, filed a notice indicating that: Jesus Pacheco's (BE-8631) complaint was electronically filed in <u>Pacheco v. Diaz</u>, E.D. Cal. No. 1:19-cv-00774-SAB, on June 3, 2019 and Salvador Jimenez's (BE-4441) complaint was electronically in <u>Jimenez v. Diaz</u>, E.D. Cal. No. 1:19-cv-00773-EPG, on June 3, 2019.

In as much as the above-captioned complaints have now been electronically filed and a new civil rights action has been opened, the Clerk of Court is directed to close the instant miscellaneous cases.

IT IS SO ORDERED.

Dated: **June 10, 2019**

UNITED STATES MAGISTRATE JUDGE